IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-518-JLK-KMT**

**THERESA BAKER and
CHRISTOPHER BAKER,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

## ORDER

Kane, J.

    The Motion to Dismiss (doc. #17), filed September 30, 2009, is **GRANTED**. The Department of Defense and the United States Navy are dismissed as parties to this action. The caption shall be amended as reflected above.

    Dated: October 2, 2009

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court