IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-518-JLK-KMT**

**THERESA BAKER and**
**CHRISTOPHER BAKER,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

## AMENDED ORDER

Kane, J.

The Motion to Dismiss (doc. #17), filed September 30, 2009, is **GRANTED**. The Department of Defense and the United States Army are dismissed as parties to this action. The caption shall be amended as reflected above.

    Dated:  October 2, 2009

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court