IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00518–JLK–KMT

THERESA BAKER, and
CHRISTOPHER BAKER,

    Plaintiffs,

v.

USA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend Minute Order Entered October 13, 2009 (Doc. 21)" (#24, filed October 26, 2009) is GRANTED. The court's October 13, 2009 Minute Order (#21) shall be amended as follows: the court shall not require that the settlement agreement be confidential.

Dated: October 28, 2009